1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  ERIC MORTENSON

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR-S-10-0193-EJG
                                  )
12              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
13      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
14 ERIC MORTENSON; LAWRENCE       )
   DAVIS, JR.; JOEL D. CLARK,     )
15                                )  DATE:  January 27, 2012
                                  )  TIME:  10:00 a.m.
16              Defendants.       )  JUDGE: Hon. Edward J. Garcia
   _____)

17

18      It is hereby stipulated and agreed to between the United States of
19 America through Dominique Thomas, Assistant U.S. Attorney; defendant,
20 ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant
21 Federal Defender; defendant LAWRENCE DAVIS, JR., by and through his
22 counsel, Scott Tedmon; and defendant, JOEL D. CLARK, by and through his
23 counsel, Timothy Warriner, that the status conference hearing date of
24 January 6, 2012, be vacated, and a new status conference hearing date
25 of January 27, 2012, at 10:00 a.m., be set.
26      The government is in the process of providing defense counsel with
27 plea agreements.  This continuance is being requested to allow defense
28 counsel additional time to review the plea agreements with the

defendants, to advise defendants, and to continue investigating the facts of the case.

It is further stipulated between the parties that the period from the date of the signing of this order through and including January 27, 2012, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 3, 2012                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ERIC MORTENSON


                                          /s/ Benjamin Galloway for
                                          SCOTT L. TEDMON
                                          Attorney for Defendant
                                          LAWRENCE DAVIS, JR.


                                          /s/ Benjamin Galloway for
                                          TIMOTHY E. WARRINER
                                          Attorney for Defendant
                                          JOEL D. CLARK

Dated: January 3, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Benjamin Galloway for
                                          DOMINIQUE THOMAS
                                          Assistant U.S. Attorney

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 27, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Dated: January 3, 2012.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court