```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  ERIC MORTENSON
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )   No. CR-S-10-0193-EJG
                               )
12           Plaintiff,        )
                               )   STIPULATION AND ORDER
13      v.                     )   CONTINUING STATUS CONFERENCE
                               )   AND EXCLUDING TIME
14 ERIC MORTENSON; LAWRENCE    )
   DAVIS, JR.; JOEL D. CLARK,  )
15                             )   DATE: February 10, 2012
                               )   TIME: 10:00 a.m.
16           Defendants.       )   JUDGE: Hon. Edward J. Garcia
   _____)
17
```

It is hereby stipulated and agreed to between the United States of America through Dominique Thomas, Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender; defendant LAWRENCE DAVIS, JR., by and through his counsel, Scott Tedmon; and defendant, JOEL D. CLARK, by and through his counsel, Timothy Warriner, that the status conference hearing date of January 27, 2012, be vacated, and a new status conference hearing date of February 10, 2012, at 10:00 a.m., be set.

The government just completed the process of providing defense counsel with draft plea agreements. This continuance is being requested to allow defense counsel time to review the plea agreements

with the defendants, to advise defendants, and to continue investigating the facts of the case.

It is further stipulated between the parties that the period from the date of the signing of this order through and including February 10, 2012, should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| Dated: January 25, 2012 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC MORTENSON |
| | /s/ Benjamin Galloway for<br>SCOTT L. TEDMON<br>Attorney for Defendant<br>LAWRENCE DAVIS, JR. |
| | /s/ Benjamin Galloway for<br>TIMOTHY E. WARRINER<br>Attorney for Defendant<br>JOEL D. CLARK |
| Dated: January 25, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Benjamin Galloway for<br>DOMINIQUE THOMAS<br>Assistant U.S. Attorney |

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 10, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Dated: January 25, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court

Stipulation & Order/Davis et al.          3