| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar# 89424 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar# 214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |

**FILED**

FEB 0 6 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorney for Defendant
ERIC MORTENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Cr.S.10-0193-EJG
            Plaintiff,      )
                            )   WAIVER OF DEFENDANT ERIC
    v.                      )   MORTENSON'S PERSONAL PRESENCE
                            )   AND ORDER THEREON
LAWRENCE DAVIS, JR., et al.,)
                            )
            Defendant.      )
                            )

    Defendant, Eric Mortenson, hereby waives the right to be in person in open court upon the hearing of any motion to continue the case and when any other action is taken by the Court before or after trial, except upon arraignment, motion hearing, evidentiary hearings, trial confirmation hearing, plea, jury trial and imposition of sentence. Defendant Mortenson hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to the waiver, agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in

1  the defendant's absence.
2     Defendant Mortenson further acknowledges that defendant has been
3  informed of defendant's rights under Title 18 U.S.C. Sections 3161-3174
4  (Speedy Trial Act), and authorizes defendant's attorney to set times
5  and delays under that Act without defendant being present.

I consent to the above waiver of presence.

Dated: January 31, 2012      /s/  ERIC MORTENSON
                             DEFENDANT


I agree to the above waiver of presence.

Dated: January 31, 2012      /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant


I approve the above waiver of presence

Dated: 2/6/12                _____
                             EDWARD J. GARCIA
                             United States District Court