```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  ERIC MORTENSON
7
```

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

```
11  UNITED STATES OF AMERICA,     )   No. CR-S-10-0193-EJG
                                  )
12              Plaintiff,        )
                                  )   STIPULATION AND ORDER RE
13         v.                     )   PROPOSED TRAVEL
                                  )
14  ERIC MORTENSON; LAWRENCE      )
    DAVIS, JR.; JOEL D. CLARK,    )   JUDGE: Hon. Edward J. Garcia
15                                )
                                  )
16              Defendants.       )
    _____)
17
18
```

19    It is hereby stipulated and agreed to between the United States of
20 America through Lee Bickley Assistant U.S. Attorney; defendant, ERIC
21 MORTENSON, by and though his counsel, Benjamin Galloway, Assistant
22 Federal Defender, that Mr. Mortenson be permitted to accompany his
23 girlfriend, Michelle White, who works for Central Refrigeration on her
24 truck driving trip.

25    Ms. White and Mr. Mortenson shall depart Sacramento on Monday,
26 June 4, 2012, and will be traveling to deliver food products through 48
27 states.  It is anticipated the trip will take a total of four weeks.
28 ////

These travel plans have been agreed to by Mr. Mortenson's supervising pretrial services officer, Darryl Walker.

Mr. Mortenson has abided by all terms and conditions of his release to date. Mr. Mortenson will remain in regular weekly contact with Officer Walker by telephone, and Mr. Mortenson will continue to be accessible via his mobile telephone.

All the previously set pretrial conditions of release shall remain in effect prior to and after the time period of this trip.

Dated: May 31, 2012                  Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ERIC MORTENSON

Dated:  May 31, 2012                 BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin Galloway for
                                     LEE BICKLEY
                                     Assistant U.S. Attorney

## O R D E R

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: June 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE