```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ERIC MORTENSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0193-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **PROPOSED TRAVEL** |
| | ) | |
| ERIC MORTENSON; LAWRENCE DAVIS, JR.; JOEL D. CLARK, | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through Lee Bickley Assistant U.S. Attorney; defendant, ERIC MORTENSON, by and though his counsel, Benjamin Galloway, Assistant Federal Defender, that Mr. Mortenson's travel condition be modified to read:

> Your travel is restricted to the United States, for the purposes of employment, without the prior consent of the pretrial services officer. Any travel outside the Eastern and Northern Districts of California for any other purpose other than employment must be approved in advance by Pretrial Services.

Mr. Mortenson has been under Pretrial Services supervision since
May 2010.  No violations have been filed and Mr. Mortenson has made all
of his required court appearances.  He has no special conditions.

         The parties and Pretrial Services recommend this condition be
modified to allow Mr. Mortenson to travel throughout the United States
for the purpose of employment.  Mr. Mortenson has started a new truck
driving job which will require that he travel throughout the United
States.


Dated: July 30, 2012                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ERIC MORTENSON

Dated:  July 30, 2012               BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    LEE BICKLEY
                                    Assistant U.S. Attorney


**O R D E R**

     Based on the parties' stipulation, the pretrial service officer's
agreement and good cause appearing therefrom, the Court hereby adopts
the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: July 30, 2012
                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE