1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED

SEP 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>LAWRENCE DAVIS, et. al.,<br><br>                  Defendant. | CASE NO. 2:10-CR-00193 WBS<br><br>STIPULATION REGARDING RESTITUTION FOR LAWRENCE DAVIS, ERIC MORTENSON AND JOEL D. CLARK; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: SEPTEMBER 16, 2013<br>TIME: 9:30 A.M.<br>JUDGE: WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Lawrence Davis, Eric Mortenson, and Joel D. Clark, by and through their counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on September 16, 2013.

    2.    By this stipulation, defendants and plaintiff now move for the Court to issue an order setting the restitution amount owed jointly and severally by Lawrence Davis, Eric Mortenson, and Joel D. Clark to be $152,548.20.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    Aurora Bank FSB ("Aurora") has submitted a claim for restitution for one of the loans at issue in this case, a $400,000 loan on the property 4859 Winamac Drive, Sacramento,

Stipulation for Restitution Order                1

California. Aurora claims that it purchased this loan, Loan Number 0122901804, for $400,000, incurred servicing fees of $2,817.20 and received liquidation proceeds of $250,269 on the property. $400,000 + $2,817.20 - $250,269 = $152,548.20. The parties agree that Lawrence Davis, Eric Mortenson, and Joel D. Clark should be jointly and severally liable for the restitution amount of $152,548.20. This amount should be directed to the following address:

Aurora Commercial Corp.
Aurora Bank FSB
Attn: Charlie Dix, Legal Counsel
10350 Park Meadows Drive
Littleton, Colorado 80124

    b.    The United States has tried to reach out to the other lender victims in this case by various means but has yet to receive any other additional claims for restitution.

    c.    The United States Probation Department has reviewed and supports this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 9, 2013          BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Lee S. Bickley*
                                            LEE S. BICKLEY
                                            Assistant United States Attorney

                                            For the UNITED STATES OF AMERICA

DATED: September 9, 2013          */s/ Lee S. Bickley for*
                                            SCOTT L. TEDMON

                                            For defendant LAWRENCE DAVIS, JR.

DATED: September 9, 2013          */s/ Lee S. Bickley for*
                                            BENJAMIN D. GALLOWAY

                                            For defendant ERIC MORTENSON

DATED: September 9, 2013          */s/ Lee S. Bickley for*
                                            TIM WARRINER

                                            For defendant JOEL D. CLARK

# ORDER

IT IS SO FOUND AND ORDERED that defendants Lawrence Davis, Jr., Eric Mortenson, and Joel D. Clark are ordered to pay, jointly and severally, $152,548.20 in restitution. Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court. This $152,548.20 in restitution should be directed to Aurora Commercial Corp., Aurora Bank FSB, Attn: Charlie Dix, Legal Counsel, 10350 Park Meadows Drive, Littleton, Colorado 80124 for payment of losses associated with Loan Number 0122901804, associated with 4859 Winamac Drive, Sacramento, CA 95835.

this 24th day of Sept., 2013.

HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Restitution Order           3